IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07 cr 69-6
1:07 cr 70
1:07 cr 104

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Vs. | ) |
| | ) ORDER |
| HAROLD STEVE HARTNESS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER** has come before the undersigned magistrate judge upon the Court's own Motion concerning the bond of Defendant. A review of the Court records reveals that this Defendant made all required appearances before this Court and has, as well, reported to the Bureau of Prisons facility as instructed by the United States Marshal, all in accord with the Judgment of the District Court. Based upon such representations made to the Court, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Court's own Motion for Release of Bond is **ALLOWED,** the appearance bond in this matter is released and otherwise exonerated, and the Clerk of this Court is respectfully directed to return to Defendant, by way of counsel, or to the person posting the bond on behalf of such Defendant, any instrument securing such obligation. The Clerk is further

instructed to mark any such instrument as "satisfied", or place thereon any such other endorsement as may be required to cancel the deed of trust securing bond in this matter.

Signed: May 22, 2017

Dennis L. Howell
United States Magistrate Judge